NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CHRISTOPHER KENNETH SMITH, )
DOC #578881, )
                                                    )
          Appellant,                         )
                                                    )
v.                                               )
                                                    )          Case No.  2D17-1711
STATE OF FLORIDA,                   )
                                                    )
          Appellee.                          )
_____ )

Opinion filed November 30, 2018.

Appeal from the Circuit Court for Manatee
County; Deno Economou, Judge.

Howard L. Dimmig, II, Public Defender,
and William L. Sharwell, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Jeffrey H. Siegal,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


          Affirmed.


NORTHCUTT, SLEET, and ATKINSON, JJ., Concur.